RECEIVED
FEB 19 2019
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

19cv398 JNE/ECW

United States District Court
District of Minnesota
Complaint

1. I demand a jury trial and request money ($1 million) damages be awarded for discrimination and retaliation against me by agents and officials of the State of Minnesota.

The history of this wrong-doing goes back to 1991, when Minnesota-employed physician Paula Clayton made a false representation of my actions and my mental condition, making me out to have a medical/psychological condition that I did not have.

2. Over the last 28 years, I have suffered repeated abuses based upon an apparent bias that stems from this stigmatization. Currently, I am in receipt of an abusive "determination" made by the Minnesota Department of Human Rights. The department's ruling very obviously and intentionally applies the wrong legal standard/practice by granting a dismissal to the state by weighing every disputed fact in favor of the state, (and by inserting new disputed facts in its "analysis" without having previously revealed them and allowed rebuttal.)

(over)

SCANNED
FEB 19 2019
U.S. DISTRICT COURT MPLS

United States District Court

I therefore allege that the Commissioner's Determination is an intentional abuse of quasi-judicial discretion and is a pre-text for reprisal against me for having made my human rights claims against the state.

I re-allege here the claims/charges made in my September 2017 Charge document, which I submitted to the Minnesota Dept. of Human Rights under Minnesota's Human Rights Act.

Additionally, the State of Minnesota's Pardons Board, Governor's Office, Attorney General's Office, and Judiciary have each discriminated against me and retaliated against me in recent months by refusing me access to public services and refusing to allow me to make requests for reasonable disability accommodations. I have sought to report these violations to the state human rights department. The department has in some instances taken my report but not documented or acted upon it, and, in one instance, the department refused to let me make a report, and failed to document its refusal as promised.